

## ORDERED in the Southern District of Florida on October 4, 2017.

*Laurel M. Isicoff*
**Laurel M. Isicoff**
**Chief United States Bankruptcy Judge**

---

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION

| | |
|---|---|
| In re: | |
| Myrna Ravelo aka Myrna I. Ravelo aka Myrna Ivelisse Ravelo, | Chapter 13 |
| | Case No. 16-22196-LMI |
| Debtor. | |
| _____/ | |

**ORDER GRANTING MOTION FOR RELIEF FROM CO-DEBTOR
STAY IN FAVOR OF WILMINGTON SAVINGS FUND SOCIETY, FSB**
(Re: 8321 SW 143rd Ave, Miami, FL 33183)

THIS CASE came before the Court for hearing on October 3, 2017 upon the *Motion for Relief from Co-Debtor Stay* as to **PATRICIO MORENO** (D.E. 59) (the "Motion") filed by Wilmington Savings Fund Society, FSB, as trustee of Stanwich Mortgage Loan Trust A ("Movant"). The Court having heard the argument of counsel, and based on the record, it is **ORDERED** as follows**:**

1. The Motion is Granted.

2. The co-debtor stay as to Patricio Moreno imposed by 11 U.S.C. § 1301 is terminated with respect to the real property located at **8321 SW 143rd Ave, Miami, FL 33183** (the "Property"), which is legally described as:

**LOT 7, BLOCK 30, KENDALE LAKES SECTION FIVE, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 89, PAGE 89, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.**

3. This Order is entered for the sole purpose of allowing Movant, its Successors and/or Assigns, to pursue its lawful *in rem* remedies as to the Property and Movant shall neither seek nor obtain any *in personam* relief against the Debtor.

4. This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of the United States Code.

5. Movant is exempt from further compliance with Fed. Rule Bankr. P. 3002.1.

###

**Submitted by:**
Connie J. Delisser, Esq., Attorney for Movant
Marinosci Law Group, PC
100 West Cypress Creek Road, Suite #1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 | Fax: (954) 772-9601 | Email: cdelisser@mlg-defaultlaw.com

*Connie J. Delisser, Esq. is directed to serve copies of this order on the parties listed below and file a certificate of service.*

**Nancy K. Neidich, Trustee**
POB 279806, Miramar, FL 33027

**Office of the U.S. Trustee**
51 S.W. 1st Ave., Suite 1204, Miami, FL 33130

**Myrna Ravelo**
8321 SW 143rd Ave, Miami, FL 33183-3936

**Patricio Moreno**
8321 SW 143rd Ave, Miami, FL 33183-3936

**Maria I. Escoto-Castiello, Esq.**
2000 S Dixie Hwy #104A, Miami, FL 33133